UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

In re:   **Sharon Lamb**                                              Case No.: _____

# APPLICATION FOR ATTORNEY'S FEE
# FOR PRE-CONFIRMATION SERVICES

  **Mickey Stevens 2012141**, Petitioner and Attorney for the debtor(s), states as follows:

1. Petitioner has or will perform the following legal services for the debtor(s) regarding this case: preliminary meetings with and counseling of the debtor(s); preparation and filing of petition, schedules, plan and any other required statements or support documentation; attendance at 341(a) meeting; advising the debtor(s) regarding requirements to obtain a discharge, including the obtaining of a financial management course; filing any required statements regarding completion of a financial management course and required certifications for domestic support obligations; routine consultation with the debtor(s) from time-to-time after confirmation regarding the status of the case and steps needed for plan completion, including without limitation, changes of address, changes in employer/employee withholding, review of summary notices of claims, review of annual/semi-annual reports, and review or preparation of miscellaneous correspondence regarding the case; and compliance with all requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, General Orders, Local Rules and procedures.

2. Petitioner has reached the following arrangement with the debtor(s) for the services:

   | | |
   |---|---:|
   | Total Attorney Fee Requested:: | **4,025.00** |
   | Less Fees Already Received: (Do not include filing fee.) | **0.00** |
   | Total Attorney Fee to be Paid by Trustee: | **4,025.00** |

   This fee arrangement  ☑ IS  /  ☐ IS NOT  a Life of Case fee.

3. Petitioner further states that no understanding or agreement has been made directly or indirectly for the division of fees between Petition and the debtor(s) or any person, firm or corporation.

4. The debtor(s) and Petitioner agree that the Trustee shall first pay administrative costs, then an initial fee to Petitioner of $ **1200.00**, from funds paid to the Trustee by the debtor(s), and the remaining fee at the rate of **25** % of the total disbursed to creditors each month.

Approved by:                                              Respectfully Submitted,

**/s/ Sharon Lamb**                                       **/s/ Mickey Stevens**
**Sharon Lamb**                                           **Mickey Stevens 2012141**
Debtor                                                    Attorney

                                                          Name:    **Skelton and Stevens Law Group PLLC.**
                                                          Address: **2615 N. Prickett Road Suite 2**
                                                                   **Bryant, AR 72022**
Debtor                                                    Phone number: